

FILED
4/16/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
AXM

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| TRUSTED HERD, INC., a Delaware corporation, | Case No. 26-cv-2267 |
| Plaintiff, | Judge Franklin U. Valderrama |
| v. | Magistrate Judge Beth W. Jantz |
| VLAD ARTYM, AN INDIVIDUAL, LOUDTRONIX INC., A CANADIAN CORPORATION, AND CRYOUS NETWORKS, AN UNINCORPORATED ENTITY, | |
| Defendants. | |

### DEFENDANT VLAD ARTYM'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Defendant Vladislav Artym, proceeding pro se, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) for a short extension of time — through and including April 22, 2026 — to file his response to Plaintiff's Motion for Preliminary Injunction (ECF Nos. 12, 13). In support, Defendant states as follows:

### I. BACKGROUND

**1.** On April 6, 2026, this Court entered a preliminary injunction and directed Defendant to file a response to Plaintiff's Motion for Preliminary Injunction on or before April 13, 2026, with Plaintiff's reply due April 15, 2026, and a hearing set for April 16, 2026. (ECF No. 42.)

**2.** On April 13, 2026, Defendant filed a Motion to Continue the preliminary injunction hearing and related deadlines to retain counsel. (ECF No. 49.)

**3.** On April 14, 2026, this Court granted the motion to continue and reset the preliminary injunction hearing to April 28, 2026, but did not update the dates for briefing accordingly. (ECF No. 64.)

**4.** On April 15, 2026, Plaintiff filed its Reply in Support of its Motion for Preliminary Injunction. (ECF No. 65.)

## II. GOOD CAUSE FOR A SHORT EXTENSION

Defendant respectfully submits that good cause exists under Rule 6(b)(1) for a short extension of his response deadline through April 22, 2026. Defendant understood, upon this Court's entry of ECF No. 64 resetting the preliminary injunction hearing to April 28, 2026, that the briefing schedule associated with that hearing would be adjusted consistent with the new hearing date. To the extent the prior response deadline of April 13, 2026, was not expressly reset, Defendant respectfully requests that it be extended to April 22, 2026.

As this Court recognized in ECF No. 64, Defendant has a legitimate need to retain counsel before meaningfully engaging with the merits of Plaintiff's five-count complaint. Defendant is continuing to work diligently to retain qualified counsel and is preparing his response in the interim. A short extension through April 22, 2026 — six days — will allow Defendant to complete and file a substantive response, preserve the Court's ability to consider the merits of the preliminary injunction at the April 28, 2026 hearing, and avoid the need for the Court to decide the preliminary injunction on an unopposed record.

By this motion, Defendant seeks only a short extension of his response deadline and does not seek to modify the April 28, 2026 hearing date. The preliminary injunction entered by this Court remains in full force and effect, and Defendant has undertaken to comply with it. Plaintiff's interests are fully protected during the requested extension period. Defendant reserves the right

to seek, or to join in any stipulation to seek, any further adjustment to the hearing date or briefing schedule that may be necessary or mutually agreed upon with Plaintiff.

### III. LOCAL RULE 7.1 CONFERRAL

On April 15, 2026, Defendant conferred with Plaintiff's counsel by email regarding the relief sought in this motion. On April 16, 2026, Plaintiff's counsel responded and objects.

### IV. CONCLUSION

Defendant respectfully requests that this Court:

**1.** Extend the deadline for Defendant's response to Plaintiff's Motion for Preliminary Injunction through and including April 22, 2026; and

**2.** Grant such other and further relief as this Court deems just and proper.

Nothing in this motion constitutes a waiver of any defenses, objections, or rights available to Defendant.

Dated: April 16, 2026                                          Respectfully submitted,


                                                    **s/ Vladislav Artym**
                                            _____
                                            Vladislav Artym, Pro Se
                                            PO Box 2445
                                            Richmond Hill PO B, ON L4E 1A5
                                            Canada
                                            hello@vladartym.com
                                            (310) 266-0946

## CERTIFICATE OF SERVICE

I, Vladislav Artym, hereby certify that on April 16, 2026, I submitted the foregoing

document to the Clerk of Court via the Court's Pro Se Filer electronic submission system for

filing. Notice of this filing will be sent by operation of the Court's electronic filing system to all

parties indicated on the electronic filing receipt.

**s/ Vladislav Artym**

Vladislav Artym